UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 1:26-CR-00026-GNS

PADEN A. REED DEFENDANT

**SENTENCING MEMORANDUM**
***-Electronically Filed-***

The United States of America, by counsel, submits this sentencing memorandum in support of the Defendant's sentencing. The hearing is currently scheduled for August 10, 2026. The United States has received and reviewed the final presentence investigation report (PSR) and does not have any objections (DN 17). The United States has consulted with defense counsel and is unaware of any unresolved objections to the calculation of the advisory guideline contained within the PSR. The United States does not intend on calling any witnesses at the hearing. Consistent with the parties' Rule 11(c)(1)(B) plea agreement (DN 13), the United States will recommend that the Court impose a low-end Guideline sentence, followed by a term of supervised release.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Mark J. Yurchisin II*

Mark J. Yurchisin II
Assistant U.S. Attorney
241 E. Main St., Ste. 305
Bowling Green, KY 42101
Phone: (270) 781-4438
E-Mail: mark.yurchisin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed a copy of the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: **J. Blake Beliles, Esq.**, counsel for defendant.

*/s/ Mark J. Yurchisin II*
Mark J. Yurchisin II
Assistant U.S. Attorney